[No. 9965–5–I.   Division One.   June 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHESTER
MALACHI, *Defendant,* WILLIAM LEWIS
LILLY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02984–0, David W. Soukup, J., entered
January 20, 1981. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Andersen, C.J., and Williams,
J.

[No. 4385–1–III.   Division Three.   June 1, 1982.]

V. R. VAN DYK, *Appellant,* v. THE CITY OF
SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80–2–03794–8, John J. Ripple, J.,
entered January 21, 1981. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Roe, A.C.J., and Reed, J.

[No. 5245–8–II.   Division Two.   June 2, 1982.]

*In the Matter of the Welfare of*
RICKEY L. McCORMICK, ET AL.

ROBERTA McCORMICK BEST, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from judgments of the Superior Court for Grays
Harbor County, Nos. 6774, 6775, John W. Schumacher, J.,
entered December 5, 1980. *Affirmed* by unpublished opin-
ion per Green, J., concurred in by Petrich, A.C.J., and
Worswick, J.